IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARMIDA VASQUEZ,<br>    *Plaintiff*, | § § § | |
| v. | § § § | CIVIL ACTION NO.<br>7:23-CV-448<br>JURY TRIAL DEMANDED |
| | § | |
| EQUISOLAR, INC. AND RAMIRO TREVINO,<br>    *Defendants*. | § § § | |

### DEFENDANT EQUISOLAR, INC.'S NOTICE OF REMOVAL

**TO THE HONORABLE COURT:**

**COMES NOW, DEFENDANT, EQUISOLAR, INC.,** (**"Defendant"** or **"Equisolar"**), in the above-styled matter and files this *Defendant Equisolar, Inc.'s Notice of Removal* (**"Notice of Removal"**), pursuant to Federal Rules of Civil Procedure 28 U.S.C. §§ 1332, 1441, and 1446, and would respectfully show unto this Court as follows:

### I.   SUMMARY

1.   On October 3, 2023, an action was commenced by Plaintiff Armida Vasquez, (**"Plaintiff"** or **"Ms. Vasquez"**) in the 92nd Judicial District Court, in Hidalgo County, Texas, entitled *Armida Vasquez, Plaintiff v. Equisolar, Inc., and Ramiro Trevino, Defendants,* by filing Plaintiff's Original Petition, (**"Petition"**) in Cause Number C-4109-23-A (the **"State Court Action"**). The State Court Action is currently pending in a court located within the jurisdiction of the United States District Court for the Southern District of Texas, McAllen Division. Venue is proper in this federal judicial district because the McAllen Division of the United States District Court for the Southern District of Texas encompasses the county where the State Court Action is pending.

2. Citation and Plaintiff's Original Petition were personally served to the registered agent for service of process for Defendant on December 1, 2023. Consequently, this removal is timely filed because it is within thirty (30) days of Equisolar being served "a copy of the initial pleading set forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332, and it is one which may be removed to this Court by Defendant pursuant to provisions of 28 U.S.C. § 1441.

## II.   THIS COURT HAS JURISDICTION PURSUANT TO 28 U.S.C. § 1332

4. Equisolar seeks to remove this action to federal court on the basis of complete diversity of citizenship of the parties, pursuant to 28 U.S.C. § 1332. Equisolar, Inc. is a corporation incorporated and existing under the laws of California with its principal place of business in California. **Exhibit F**, Unsworn Declaration of Isaac Hernandez. Plaintiff Armida Vasquez is a Texas resident. **Exhibit A**, Plaintiff's Original Petition at ¶ 1.

5. "A defendant is improperly joined if the moving party establishes that (1) the plaintiff *has* stated a claim against a diverse defendant that he fraudulently alleges is nondiverse, or (2) the plaintiff *has not* stated a claim against a defendant that he properly alleges is nondiverse." *Int'l Energy Ventures Mgmt., L.L.C. v. United Energy Group, Ltd.*, 818 F.3d 193, 199 (5th Cir. 2016). Only the latter inquiry is relevant here. In the instant lawsuit, Defendant Ramiro Trevino is clearly a sham defendant and has been included by Plaintiff for the sole purpose of improperly defeating diversity. As stated in Plaintiff's Original Petition, Defendant Ramiro Trevino "is a natural person who is an employee or agent for Equisolar, Inc." Ex. A, Pl.'s Orig. Pet. at ¶ 3. As demonstrated by Plaintiff's Original Petition, Plaintiff failed to state a basis for recovery against Defendant Ramiro Trevino individually. Ex. A, Pl.'s Orig. Pet. In fact, Plaintiff's petition is entirely void of any statements or claims of liability against Defendant Ramiro Trevino acting in his individual capacity

and Plaintiff failed to articulate why Defendant Ramiro Trevino was even sued individually. *Id.* Thus, this Court should disregard Defendant Ramiro Trevino's citizenship, as he has been improperly joined.

6. Moreover, Defendant Ramiro Trevino has not yet been served with the instant lawsuit, therefore removal by Equisolar is also proper. *Texas Brine Co. v. American Arbitration Ass'n, Inc.*, 955 F.3d 482 (5th Cir. 2020) (a nonforum defendant may remove an otherwise removable case even when a not-yet-served defendant is a citizen of the forum state).

7. Given that the proper parties are citizens of different states, complete diversity exists in accordance with 28 U.S.C. § 1332. Therefore, Equisolar is entitled to have this case removed from Hidalgo County District Court to the United States District Court for the Southern District of Texas, the federal district where the state suit is pending.

8. In his Petition, Plaintiff is seeking damages for, inter alia, breach of contract, promissory estoppel, violations of the Texas Deceptive Trade Practices Act, fraud, negligent misrepresentation, fraudulent lien, and conspiracy against Equisolar. The Petition sets forth a demand for "monetary relief of over $100,000.00 but not more than $1,000,000.00." Ex. A, Pl.'s Orig. Pet. at ¶ 23. While Equisolar disagrees with and disputes Plaintiff's allegations, as a result of the foregoing, this action places at issue and in controversy monetary relief and damages that well exceed this Court's jurisdictional minimum of $75,000, exclusive of interest and costs.

### III. ALL THE PROCEDURAL REQUIREMENTS OF REMOVAL HAVE BEEN MET

9. This Notice of Removal of a civil action was filed within thirty (30) days after receipt of the Petition by Defendant.

10. This Court is the federal district and division that encompasses the state court where the action was initially filed.

11. Written notice of the filing of this Notice of Removal has been given to adverse parties and the state court as required by law.

12. Attached hereto as Exhibits A through I are the following, pursuant to 28 U.S.C. § 1446(a) and S.D. Tex. L.R. 81:

    Exhibit A:    Plaintiff's Original Petition

    Exhibit B:    Defendant's Original Answer and Jury Demand

    Exhibit C:    All executed process in the case

    Exhibit D:    Index of Matters Being Filed

    Exhibit E:    List of Counsel of record, including addresses, telephone numbers and parties represented

    Exhibit F:    Unsworn Declaration of Isaac Hernandez

    Exhibit G:    Notice of Filing Removal to state court and all counsel

    Exhibit H:    Docket Sheet

    Exhibit I:    Rule 7.1 Statement

13. To the extent this Court may require or request certified copies of any of the above, Defendant will supplement with such certified copies as soon as possible.

## IV.   RESERVATION OF RIGHTS

14. Defendant denies the allegations contained in Plaintiff's Petition and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

15. Defendant also reserves its right to amend or supplement this Notice of Removal.

16. At this time, there are no other pleadings, orders, or filings of any kind to Defendant's knowledge or listed on the docket sheet of the Hidalgo County District Court other than those included here.

FOR THESE REASONS Defendant provides this Notice of Removal, and requests that this action be removed from the District Court of Hidalgo County to the United States District Court for the Southern District of Texas, McAllen Division.

Dated:  December 20, 2023.

Respectfully submitted,

**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road,
Suite 550 PMB 944
Houston, TX 77077
Tel.: (512) 609-0059
Fax: (281) 783-8565

*/s/ Lema Mousilli*
LEMA MOUSILLI
State Bar No. 24056016
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANT EQUISOLAR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record, pursuant to the District's ECF service rules on **December 20, 2023,** *via electronic filing system* on the following:

Brandon A. Kinard
Abraham Garcia
Carlos A. Saldana
KGS LAW GROUP
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
*kgs@kgslawgroup.com*
Attorneys for Plaintiff

*/s/ Lema Mousilli*
Lema Mousilli